AO83 (Rev. 10/03) Summons in a Criminal Case

United States District Court
Southern District of Texas
FILED

JUL 0 2 2012

David J. Bradley, Clerk

# RETURN OF SERVICE

Service was made by me on:[1]   Date   JOSE A. BALDERAS (7:03CR00530-001)

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at: 1700 N 23rd
McAllen TX

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on  6/8/2012
            Date

E. Sacnz
Name of United States Marshal

John Briere
(by) Deputy United States Marshal

Remarks:

X Jose Balderas
recieved

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.